UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wilbert Glover,                                    Case No. 22-cv-1454 (NEB/TNL)

      Plaintiff,

v.                                                 **ORDER**

Richard Rodriguez, et al.,

      Defendants.

---

This matter is before the Court on Plaintiff Wilbert Glover's "Motion Opposed/Objection," ECF No. 70. Plaintiff appears to be objecting to the Notice of Appearance, ECF No. 69, for failure to meet and confer pursuant to D. Minn. LR 7.1(a). *See generally* ECF No. 70. The Court clarifies for Plaintiff that the meet and confer requirement is required "before filing a motion other than a motion for a temporary restraining order or a motion under Fed. R. Civ. P. 56." D. Minn. LR 7.1(a). The Notice of Appearance, ECF No. 69, is not a motion and therefore there was no requirement for the parties to meet and confer. Accordingly, Plaintiff's motion is denied as there is nothing for the Court to grant.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

  Plaintiff's "Motion Opposed/Objection," ECF No. 70, is **DENIED**.

[Continued on next page.]

1

Date: December 15, 2023

<u>*s/ Tony N. Leung*</u>
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Glover v. Rodriguez et al.*
Case No. 22-cv-1454 (NEB/TNL)